**U.S. Patent No. US 11,468,984 v. Samsung**

# 1. Claim Chart

| Claim | Analysis |
|---|---|
| [1.P]   A device for calculating a current load level of a user, comprising: | Samsung ("Company") makes, uses, sells and/or offers to sell a device for calculating a current load level of a user.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Company provides Samsung Watches such as the Galaxy Watch5 Pro, which is compatible with multiple apps such as the Samsung Health app and Samsung Health Monitor app that are used for calculating stress level ("current load level") for the user.<br><br><br><br>Source: https://www.samsung.com/us/watches/galaxy-watch5-pro/ |

SAMSUNG



### Wellness, your way



Source: https://www.samsung.com/us/support/owners/app/samsung-health

## Samsung Health Monitor

### Introduction

You can conveniently measure your blood pressure or ECG whenever you want to check them with the Samsung Health Monitor app of your Watch that includes both the optical heart rate sensor and electrical biosensor. You can check the measurement history using the Samsung Health Monitor app on your smartphone since your Watch and smartphone have been synced automatically.

Manage your health more systemically with your physician based on your measurement results.

Source:     https://www.sammobile.com/wp-content/uploads/2022/08/Samsung-Galaxy-Watch-5-Pro-User-Manual.pdf, Page 3

**Measuring your stress level manually**

1  Tap 🔵 (**Samsung Health**) on the Apps screen.

2  Tap **Stress**.

3  Tap **Measure** to begin measuring your stress level.
    Check the measured stress level on the screen.



Current load level

Source:   https://www.sammobile.com/wp-content/uploads/2022/08/Samsung-Galaxy-Watch-5-Pro-User-Manual.pdf, Page 68 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

| [1.1] a mobile end unit having: at least one signal data generating sensor integrated into the | Company provides a mobile end unit having at least one signal data generating sensor integrated into the mobile end unit.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the Samsung Galaxy Watch 5 Pro ("mobile end unit") is embedded with multiple sensors such as electrical biosensors, optical heart rate sensors and gyroscope ("at least one signal data generating sensor") to gather biometric information such as heart rate, blood oxygen level and movement of the user. |
|---|---|

| mobile end unit, |                                                           Mobile end unit |
| --- | --- |
| | Source: https://www.samsung.com/us/watches/galaxy-watch5-pro/ (annotated) |
| | **Sensors**   Samsung BioActive Sensor (Optical Heart Rate + Electrical Heart Signal + Bioelectrical Impedance Analysis), Temperature Sensor, Accelerometer, Barometer, Gyro Sensor, Geomagnetic Sensor, Light Sensor |
| | Source:   https://news.samsung.com/global/samsung-leads-holistic-health-innovation-with-galaxy-watch5-and-galaxy-watch5-pro |



Source: https://www.sammobile.com/wp-content/uploads/2022/08/Samsung-Galaxy-Watch-5-Pro-User-Manual.pdf, Page 7

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

| [1.2] a plurality of available applications | Company provides a plurality of available applications for use by the user.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| --- | --- |

| | |
|---|---|
| for use by the user, and | For example, Samsung Galaxy Watch 5 Pro utilizes multiple apps including, but not limited to the Samsung Health app and Samsung Health monitor app ("plurality of available applications") to track heart rate, sleep, movement, and blood oxygen level of the user that are further monitored by the sensors. |

# Health

The following health apps come pre-installed or downloaded over-the-air to your device.

Samsung Health | Samsung Health Monitor — plurality of available applications

Source:
https://downloadcenter.samsung.com/content/UM/202301/20230131064521420/WEA_R90X_R91X_R92X_EN_UM_VF6_120922_FINAL_AC.pdf, Page 46 (annotated)

# Heart rate

Measure and record your heart rate. Take heart rate measurements when you are seated and relaxed.

Source:
https://downloadcenter.samsung.com/content/UM/202301/20230131064521420/WEA_R90X_R91X_R92X_EN_UM_VF6_120922_FINAL_AC.pdf, Page 50

| | |
|---|---|
| | # Sleep<br><br>## Automatically track your sleep patterns.<br><br>1. From 😊 **Samsung Health**, tap **Sleep**.<br><br>2. Swipe up to view your sleep data.<br><br>Source: https://downloadcenter.samsung.com/content/UM/202301/20230131064521420/WEA_R90X_R91X_R92X_EN_UM_VF6_120922_FINAL_AC.pdf, Page 48<br><br>**How Does Watch Measure Stress?**<br><br>Stress levels of Galaxy watch 5 stress measurement and Galaxy Watch 4 by combining heart rate and heart rate variability data. This is accomplished through the use of a measurement known as Heart Rate Variability, which records heartbeats to assess stress[3]. It does not track the rate of your heart.<br><br>Source:                                        https://samsungtechwin.com/how-does-galaxy-watch-measure-stress/#:~:text=Samsung%20Galaxy%20measures%20stress%20levels%20using%20heart%20rate%20data.<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [1.3]          an evaluation | Company provides an evaluation unit provided in the mobile end unit or in a central server. |

| | |
|---|---|
| unit provided in the mobile end unit or in a central server, | This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the watch comprises multiple apps such as the Samsung Health app that calculates multiple health parameters for the user such as heart rate, sleep score, and stress based on the monitored data. Therefore, it would be apparent to a person having ordinary skill in the art that an evaluation unit is embedded inside the Watch to calculate multiple health parameters.<br><br>## Heart rate<br><br>Measure and record your heart rate. Take heart rate measurements when you are seated and relaxed.<br><br>Source: https://downloadcenter.samsung.com/content/UM/202301/20230131064521420/WEA_R90X_R91X_R92X_EN_UM_VF6_120922_FINAL_AC.pdf, Page 50<br><br>## Settings<br><br>Customize your Samsung Health settings.<br><br>1. From 🟢 **Samsung Health,** tap **Settings**.<br>2. Tap an item from one of the following categories to customize:<br>   • **Measurement**: Configure automatic heart rate, stress, and blood oxygen during sleep measurements.<br>   • **Auto detect workouts**: Set the watch to recognize and encourage you when it detects that you are exercising.<br>   • **Inactive time**: Set the watch to alert you if you have been still for almost an hour.<br>   • **Share data with devices and services**: Configure connected services such as the Health platform. |

<table>
<tr><td></td><td>

Source:
https://downloadcenter.samsung.com/content/UM/202301/20230131064521420/WEA_R90X_R91X_R92X_EN_UM_VF6_120922_FINAL_AC.pdf, Page 51

## Stress

Keep track of your stress. Breathing exercises are also available to help reduce stress.

1. From 🅢 **Samsung Health**, tap **Stress**.

2. Tap **Measure** and follow the prompts to measure your current stress level.
   - After a moment, your stress level is displayed on the screen.

Source:
https://downloadcenter.samsung.com/content/UM/202301/20230131064521420/WEA_R90X_R91X_R92X_EN_UM_VF6_120922_FINAL_AC.pdf, Page 50

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

</td></tr>
<tr><td>

[1.4]
wherein:
the mobile
end unit has a
further
application
designed for
calculating
biometric
data about the
user, at least
from the at
least one

</td><td>

Company provides a device wherein: the mobile end unit has a further application designed for calculating biometric data about the user, at least from the at least one signal data produced by said at least one sensor, and from user data of said plurality of available applications used by the user and making the biometric data available to the evaluation unit.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, the Samsung Health app ("further application") installed in the watch calculates the different health-related metrics such as blood pressure, ECG, body composition and current stress level ("calculating biometric data of the user") based on the data received from the embedded sensors such as optical heart rate sensor and electrical biosensors ("said at least one sensor") that measures the health data such as Heart rate and blood oxygen level ("the at least one signal data"), the sleep measurements ("user data of said plurality of available applications used by the user") shared with the app ("making the biometric data available to the evaluation unit"), and the data received from the Samsung Health monitor app.

</td></tr>
</table>

10

| | |
|---|---|
| signal data produced by said at least one sensor, and from user data of said plurality of available applications used by the user, and making the biometric data available to the evaluation unit, |  **Samsung Health**<br><br>Samsung Health helps you manage your wellness and fitness. Set fitness goals and regularly record and check your progress.<br><br>When the watch is synced with the Samsung Health app, you can save and manage health-related data and receive useful information about your health every day.<br><br>Only your most recent activity records are stored on your watch. You can view previous data on the smartphone where the Samsung Health app is installed.<br><br>Source: https://downloadcenter.samsung.com/content/UM/202301/20230131064521420/WEA_R90X_R91X_R92X_EN_UM_VF6_120922_FINAL_AC.pdf, Page 46<br><br>**Settings**<br><br>Customize your Samsung Health settings.<br><br>1. From  **Samsung Health,** tap **Settings**.<br>2. Tap an item from one of the following categories to customize:<br><br>  &bull; **Measurement**: Configure automatic heart rate, stress, and blood oxygen during sleep measurements.<br><br>  &bull; **Auto detect workouts**: Set the watch to recognize and encourage you when it detects that you are exercising.<br><br>  &bull; **Inactive time**: Set the watch to alert you if you have been still for almost an hour.<br><br>  &bull; **Share data with devices and services**: Configure connected services such as the Health platform.<br><br>Source: https://downloadcenter.samsung.com/content/UM/202301/20230131064521420/WEA_R90X_R91X_R92X_EN_UM_VF6_120922_FINAL_AC.pdf, Page 51 |

<table>
<tr><td></td><td>

 **Samsung Health Monitor**

Use the Samsung Health Monitor app to track your blood pressure and record electrocardiogram (ECG) measurements, analyze them quickly, and share the results with experts.

To view detailed reports of your blood pressure and ECG readings on your smartphone, install the Samsung Health Monitor app. You can download the app from the Galaxy Store or the Google Play™ store.

Source: https://downloadcenter.samsung.com/content/UM/202301/20230131064521420/WEA_R90X_R91X_R92X_EN_UM_VF6_120922_FINAL_AC.pdf, Page 52

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

</td></tr>
<tr><td>

[1.5] wherein the biometric data from the at least one signal data produced by said at least one sensor, and user data of said plurality of available applications, is divided

</td><td>

Company provides a device wherein the biometric data from the at least one signal data produced by said at least one sensor, and user data of said plurality of available applications, is divided into a plurality of categories.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, the watch monitors various types of health data for the user such as heart rate data, sleep data, ECG, steps, blood oxygen level, and stress ("plurality of categories").

</td></tr>
</table>

| | |
|---|---|
| into a plurality of categories, | **Settings**<br><br>Customize your Samsung Health settings.<br><br>1. From 🔵 **Samsung Health,** tap **Settings.**<br><br>2. Tap an item from one of the following categories to customize:<br><br>   • **Measurement**: Configure automatic heart rate, stress, and blood oxygen during sleep measurements.    <span style="color:red">— Plurality of categories</span><br><br>   • **Auto detect workouts**: Set the watch to recognize and encourage you when it detects that you are exercising.<br><br>   • **Inactive time**: Set the watch to alert you if you have been still for almost an hour.<br><br>   • **Share data with devices and services**: Configure connected services such as the Health platform.<br><br>Source:<br>https://downloadcenter.samsung.com/content/UM/202301/20230131064521420/WEA_R90X_R91X_R92X_EN_UM_VF6_120922_FINAL_AC.pdf, Page 51 (annotated)<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [1.6] wherein category-specific load levels are ascertained by the evaluation unit by means of an arithmetic mean or a | Company provides a device wherein category-specific load levels are ascertained by the evaluation unit by means of an arithmetic mean or a weighted mean of features relating to the biometric data pertaining to each category in the plurality of categories.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the watch monitors the biometric data of the user using the inbuilt sensors. Further, the data is evaluated to provide multiple health parameters for the user such as the heart rate, blood oxygen, sleep score, and ECG levels ("category-specific load levels"). Furthermore, the health app displays the sleep score from 1 to 100 (based on the total hours of sleep), blood oxygen level in the percentage score, and stress level on the bar. Therefore, upon information and |

| | |
|---|---|
| weighted mean of features relating to the biometric data pertaining to each category in the plurality of categories, | belief, the health parameters are evaluated by means of an arithmetic mean or a weighted mean of features relating to the biometric data pertaining to each category in the plurality of categories.<br><br>**Measuring your stress level manually**<br><br>1 Tap (**Samsung Health**) on the Apps screen.<br><br>2 Tap **Stress**.<br><br>3 Tap **Measure** to begin measuring your stress level.<br>   Check the measured stress level on the screen.<br><br><br><br>Source:     https://www.sammobile.com/wp-content/uploads/2022/08/Samsung-Galaxy-Watch-5-Pro-User-Manual.pdf, Page 68 |

14



Source:   https://www.sammobile.com/wp-content/uploads/2022/08/Samsung-Galaxy-Watch-5-Pro-User-Manual.pdf,
Page 60

| | |
|---|---|
| | Check the measured blood oxygen level on the screen. If your resting blood oxygen level is between 95% and 100%, it is assumed to be within the normal range.<br><br><br><br>Source:   https://www.sammobile.com/wp-content/uploads/2022/08/Samsung-Galaxy-Watch-5-Pro-User-Manual.pdf, Page 70<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [1.7]     the evaluation unit     is designed for determining the     current load level of the user from the biometric data     by applying     a method carried out in a network of artificial | Company provides the evaluation unit that is designed for determining the current load level of the user from the biometric data by applying a method carried out in a network of artificial neural networks that includes a plurality of artificial neural networks that interact with each other.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the Samsung Galaxy Watch5 Pro includes the bio sensors which further use the Artificial Intelligence and Machine Learning to measure and monitor health conditions. Further, using AI/ML, the Samsung Health app extract the meaningful insights related to health of the user such as stress level and sleep score. Therefore, it would be apparent for a person having ordinary skill in the art that a network of artificial neural networks that includes a plurality of artificial neural networks is used to calculate stress level ("the current load level") for the user. |

neural networks that includes a plurality of artificial neural networks that interact with each other,

# Digital Biomarker & Prognosis

Extract meaningful biometrics from bio-sensors using clinically explainable AI/ML to measure and monitor health. Develop digital biomarkers at scale, for the use of health diagnosis, therapeutics, and clinical decisions support.

Source: https://sra.samsung.com/research-area/digital-health/

### Measuring your stress level manually

1 Tap 🔵 (**Samsung Health**) on the Apps screen.

2 Tap **Stress**.

3 Tap **Measure** to begin measuring your stress level.
Check the measured stress level on the screen.

 — Current load level

| | |
|---|---|
| | Source:   https://www.sammobile.com/wp-content/uploads/2022/08/Samsung-Galaxy-Watch-5-Pro-User-Manual.pdf, Page 68 (annotated)<br><br>**How Does Watch Measure Stress?**<br><br>Stress levels of Galaxy watch 5 stress measurement and Galaxy Watch 4 by combining heart rate and heart rate variability data. This is accomplished through the use of a measurement known as Heart Rate Variability, which records heartbeats to assess stress[3]. It does not track the rate of your heart.<br><br>Source:                       https://samsungtechwin.com/how-does-galaxy-watch-measure-stress/#:~:text=Samsung%20Galaxy%20measures%20stress%20levels%20using%20heart%20rate%20data.<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [1.8]      a plurality   of processors are    arranged on the mobile end unit or on the     central server, which are   designed for calculating the    plurality of    artificial neural | Company provides a plurality of processors that are arranged on the mobile end unit or on the central server, which are designed for calculating the plurality of artificial neural networks in parallel.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the watch comprises Exynos W920 Dual-Core 1.18GHz processor and Mali-G68 GPU ("a plurality of processors") that are used for parallel processing in artificial intelligence programs ("plurality of artificial neural networks in parallel").<br><br>**Processor**               Exynos W920 Dual-Core 1.18GHz<br><br>Source:   https://news.samsung.com/global/samsung-leads-holistic-health-innovation-with-galaxy-watch5-and-galaxy-watch5-pro |

18

| networks in parallel, and |  Plurality of processors |
|---|---|

Source: https://www.gsmarena.com/samsung_galaxy_watch5_pro-11749.php (annotated)

> The Mali-G68 inherits all of the features from the Mali-G78 for a new level of quality and performance in sub-premium devices. This includes improvements to battery life and machine learning devices.

Source: https://www.arm.com/products/silicon-ip-multimedia/gpu/mali-g68



## Arm NN

Enables the translation of existing neural network frameworks, allowing them to run efficiently and without modification across Arm Cortex CPUs and Arm Mali GPUs.

Source: https://www.arm.com/products/silicon-ip-multimedia/gpu/mali-g68

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

| [1.9] at least one graphics card with at least one graphics card processor is arranged on the mobile end unit or on the central server and the at least one graphics card processor supports the calculation of the artificial neural networks, and | Company provides at least one graphics card with at least one graphics card processor that is arranged on the mobile end unit or on the central server and the at least one graphics card processor supports the calculation of the artificial neural networks.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the watch comprises Mail-G68 GPU ("graphics card processor") which is used for analyzing different health parameters. Further, the embedded GPU is used for AI and Machine Learning activities such as runtime of neural networks ("calculation of the artificial neural networks"). Additionally, the watch comprises various sensors to measure different health metrics such as heart rate, sleep score, and stress level which further uses the AI/ML to extract meaningful insights related to health data. |
| --- | --- |



Source: https://www.gsmarena.com/samsung_galaxy_watch5_pro-11749.php

The Mali-G68 inherits all of the features from the Mali-G78 for a new level of quality and performance in sub-premium devices. This includes improvements to battery life and machine learning devices.

Source: https://www.arm.com/products/silicon-ip-multimedia/gpu/mali-g68



## Arm NN

Enables the translation of existing
neural network frameworks, allowing
them to run efficiently and without
modification across Arm Cortex CPUs
and Arm Mali GPUs.

Source: https://www.arm.com/products/silicon-ip-multimedia/gpu/mali-g68

# Digital Biomarker & Prognosis

Extract meaningful biometrics from bio-sensors using
clinically explainable AI/ML to measure and monitor
health. Develop digital biomarkers at scale, for the use
of health diagnosis, therapeutics, and clinical decisions
support.

Source: https://sra.samsung.com/research-area/digital-health/

| Sensors | Samsung BioActive Sensor (Optical Heart Rate + Electrical Heart Signal + Bioelectrical Impedance Analysis), Temperature Sensor, Accelerometer, Barometer, Gyro Sensor, Geomagnetic Sensor, Light Sensor |
|---|---|

Source: https://news.samsung.com/global/samsung-leads-holistic-health-innovation-with-galaxy-watch5-and-galaxy-watch5-pro



Source: https://www.sammobile.com/wp-content/uploads/2022/08/Samsung-Galaxy-Watch-5-Pro-User-Manual.pdf, Page 7

| | |
|---|---|
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [1.10] wherein the determined current load level of the user is displayed to the user via the mobile end unit in the form of a consolidated load level obtained from a combination of category-specific load levels by the evaluation unit forming the arithmetic mean or weighted mean of the category-specific load levels. | Company provides a device wherein the determined current load level of the user is displayed to the user via the mobile end unit in the form of a consolidated load level obtained from a combination of category-specific load levels by the evaluation unit forming the arithmetic mean or weighted mean of the category-specific load levels.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the Health app uses AI/ML algorithms that calculate and present ("displayed to the user via the mobile end unit") the stress level ("determined current load level of the user") for the user based on the health and activity data stored in the Health app, that further calculates multiple health parameters such as sleep score and ECG data. Therefore, upon information and belief, the calculated stress level is a consolidated load level obtained from the arithmetic mean or weighted mean of the category-specific load levels.<br><br>**Digital Biomarker & Prognosis**<br><br>Extract meaningful biometrics from bio-sensors using clinically explainable AI/ML to measure and monitor health. Develop digital biomarkers at scale, for the use of health diagnosis, therapeutics, and clinical decisions support.<br><br>Source: https://sra.samsung.com/research-area/digital-health/ |

**Measuring your stress level manually**

1  Tap 🔵 (**Samsung Health**) on the Apps screen.

2  Tap **Stress**.

3  Tap **Measure** to begin measuring your stress level.
   Check the measured stress level on the screen.



— Current load level

Source:   https://www.sammobile.com/wp-content/uploads/2022/08/Samsung-Galaxy-Watch-5-Pro-User-Manual.pdf,
Page 68 (annotated)

## How Does Watch Measure Stress?

Stress levels of Galaxy watch 5 stress measurement and Galaxy Watch 4 by combining heart rate and heart rate variability data. This is accomplished through the use of a measurement known as Heart Rate Variability, which records heartbeats to assess stress[3]. It does not track the rate of your heart.

Source:                                   https://samsungtechwin.com/how-does-galaxy-watch-measure-stress/#:~:text=Samsung%20Galaxy%20measures%20stress%20levels%20using%20heart%20rate%20data.

<table>
<tr><td></td><td>

**samsung watch stress measurement**

Furthermore, training, physical activity, sleep, diet, and general life stress all have an impact on your stress level. Wearing your device at all times of day and night will provide you with the most accurate and dependable readings.

Source:
https://samsungtechwin.com/how-does-galaxy-watch-measure-stress/#:~:text=Samsung%20Galaxy%20measures%20stress%20levels%20using%20heart%20rate%20data.

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

</td></tr>
<tr><td>

[5]      The device according to claim 1, wherein the biometric data can be divided into a plurality of categories, wherein the categories relate to one or more of: sleep, speech, motor skills,

</td><td>

Defendant provides the device according to claim 1, wherein the biometric data can be divided into a plurality of categories, wherein the categories relate to one or more of: sleep, speech, motor skills, social interaction, economic data, personal information, and questionnaire data.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, the watch monitors various types of health data for the user such as heart rate data, sleep data, ECG, blood oxygen level, and stress ("one or more of: sleep, speech, motor skills, social interaction, economic data, personal information, and questionnaire data").

</td></tr>
</table>

| | |
|---|---|
| social interaction, economic data, personal information, and questionnaire data. | ## Settings<br><br>Customize your Samsung Health settings.<br><br>1. From 🔵 **Samsung Health,** tap **Settings.**<br><br>2. Tap an item from one of the following categories to customize:<br><br>　• **Measurement**: Configure automatic heart rate, stress, and blood oxygen during sleep measurements.<br><br>　• **Auto detect workouts**: Set the watch to recognize and encourage you when it detects that you are exercising.<br><br>　• **Inactive time**: Set the watch to alert you if you have been still for almost an hour.<br><br>　• **Share data with devices and services**: Configure connected services such as the Health platform.<br><br>Source: https://downloadcenter.samsung.com/content/UM/202301/20230131064521420/WEA_R90X_R91X_R92X_EN_UM_VF6_120922_FINAL_AC.pdf, Page 51<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [11]   The device according to claim 1, wherein the at least one sensor integrated into the mobile end unit | Defendant provides the device according to claim 1, wherein the at least one sensor integrated into the mobile end unit comprises at least one of: a gyroscope, an acceleration sensor, and a light sensor.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the watch is embedded with multiple sensors such optical heart sensors, accelerometer, and gyroscope ("at least one of: a gyroscope, an acceleration sensor, and a light sensor") to gather biometric information such as heart rate, blood oxygen level, and movement of the user.<br><br>| **Sensors** | Samsung BioActive Sensor (Optical Heart Rate + Electrical Heart Signal + Bioelectrical Impedance Analysis), Temperature Sensor, Accelerometer, Barometer, Gyro Sensor, Geomagnetic Sensor, Light Sensor | |

| comprises at least one of: a gyroscope, an acceleration sensor, and a light sensor. | Source:   https://news.samsung.com/global/samsung-leads-holistic-health-innovation-with-galaxy-watch5-and-galaxy-watch5-pro<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
|---|---|
| [12.P]      A method    for calculating   a current   load level of a user of   a   mobile end      unit, comprising: | Samsung ("Company") performs and/or induces others to perform a method for calculating a current load level of a user of a mobile end unit.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Company provides Samsung Watches such as the Galaxy Watch5 Pro ("mobile end unit"), which is compatible with multiple apps such as the Samsung Health app and Samsung Health Monitor app that are used for calculating stress level ("current load level") for the user. |



Source: https://www.samsung.com/us/watches/galaxy-watch5-pro/



**SAMSUNG**

Samsung Health

## Wellness, your way

**Reach your goal with Body composition**

Set targets for your weight, body fat and skeletal muscle to get tips on reaching your goals.

Source: https://www.samsung.com/us/support/owners/app/samsung-health

## Samsung Health Monitor

### Introduction

You can conveniently measure your blood pressure or ECG whenever you want to check them with the Samsung Health Monitor app of your Watch that includes both the optical heart rate sensor and electrical biosensor. You can check the measurement history using the Samsung Health Monitor app on your smartphone since your Watch and smartphone have been synced automatically.

Manage your health more systemically with your physician based on your measurement results.

Source:   https://www.sammobile.com/wp-content/uploads/2022/08/Samsung-Galaxy-Watch-5-Pro-User-Manual.pdf, Page 3

**Measuring your stress level manually**

1  Tap 🔵 (**Samsung Health**) on the Apps screen.

2  Tap **Stress**.

3  Tap **Measure** to begin measuring your stress level.
   Check the measured stress level on the screen.



— Current load level

Source:   https://www.sammobile.com/wp-content/uploads/2022/08/Samsung-Galaxy-Watch-5-Pro-User-Manual.pdf,
Page 68 (annotated)

**How Does Watch Measure Stress?**

Stress levels of Galaxy watch 5 stress measurement and Galaxy Watch 4 by
combining heart rate and heart rate variability data. This is accomplished
through the use of a measurement known as Heart Rate Variability, which
records heartbeats to assess stress[3]. It does not track the rate of your heart.

Source:                                    https://samsungtechwin.com/how-does-galaxy-watch-measure-
stress/#:~:text=Samsung%20Galaxy%20measures%20stress%20levels%20using%20heart%20rate%20data.

| | |
|---|---|
| | **samsung watch stress measurement**<br><br>Furthermore, training, physical activity, sleep, diet, and general life stress all have an impact on your stress level. Wearing your device at all times of day and night will provide you with the most accurate and dependable readings.<br><br>Source: https://samsungtechwin.com/how-does-galaxy-watch-measure-stress/#:~:text=Samsung%20Galaxy%20measures%20stress%20levels%20using%20heart%20rate%20data.<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [12.1] starting a further application installed on the mobile end unit so that this is carried out on the mobile end unit, | Company performs and/or induces others to perform the step of starting a further application installed on the mobile end unit so that this is carried out on the mobile end unit.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the Samsung Health app ("further application") installed in the watch calculates the different health-related metrics such as blood pressure, ECG, body composition and current stress level.<br><br>## Health<br><br>The following health apps come pre-installed or downloaded over-the-air to your device.<br><br>Samsung Health  Samsung Health Monitor |

| | |
|---|---|
| | Source: https://downloadcenter.samsung.com/content/UM/202301/20230131064521420/WEA_R90X_R91X_R92X_EN_UM_VF6_120922_FINAL_AC.pdf, Page 46<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [12.2] calculating biometric data of the user by means of the further application, wherein the biometric data is recorded at least from user data that is recorded from using a plurality of applications present and available on the mobile end unit by the user, and calculated from at least one signal | Company performs and/or induces others to perform the step of calculating biometric data of the user by means of the further application, wherein the biometric data is recorded at least from user data that is recorded from using a plurality of applications present and available on the mobile end unit by the user, and calculated from at least one signal data produced by at least one sensor integrated into the mobile end unit.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the Samsung Health app ("further application") installed in the watch calculates the different health-related metrics such as blood pressure, ECG, body composition and current stress level ("calculating biometric data of the user") based on the data received from the embedded sensors such as optical heart rate sensor and electrical biosensors ("said at least one sensor") that measures the health data such as Heart rate and blood oxygen level ("the at least one signal data"), the sleep measurements ("user data of said plurality of available applications used by the user") shared with the app ("making the biometric data available to the evaluation unit"), and the data received from the Samsung Health monitor app.<br><br># Health<br><br>The following health apps come pre-installed or downloaded over-the-air to your device.<br><br>Samsung Health \| Samsung Health Monitor     plurality of available applications<br><br>Source: https://downloadcenter.samsung.com/content/UM/202301/20230131064521420/WEA_R90X_R91X_R92X_EN_UM_VF6_120922_FINAL_AC.pdf, Page 46 (annotated) |

| | |
|---|---|
| data produced by at least one sensor integrated into the mobile end unit, |  **Samsung Health**<br><br>Samsung Health helps you manage your wellness and fitness. Set fitness goals and regularly record and check your progress.<br><br>When the watch is synced with the Samsung Health app, you can save and manage health-related data and receive useful information about your health every day.<br><br>Only your most recent activity records are stored on your watch. You can view previous data on the smartphone where the Samsung Health app is installed.<br><br>Source:<br>https://downloadcenter.samsung.com/content/UM/202301/20230131064521420/WEA_R90X_R91X_R92X_EN_UM_VF6_120922_FINAL_AC.pdf, Page 46<br><br>## Settings<br>Customize your Samsung Health settings.<br>1. From 🔵 **Samsung Health,** tap **Settings**.<br>2. Tap an item from one of the following categories to customize:<br>　• **Measurement**: Configure automatic heart rate, stress, and blood oxygen during sleep measurements.<br>　• **Auto detect workouts**: Set the watch to recognize and encourage you when it detects that you are exercising.<br>　• **Inactive time**: Set the watch to alert you if you have been still for almost an hour.<br>　• **Share data with devices and services**: Configure connected services such as the Health platform. |

Source:
https://downloadcenter.samsung.com/content/UM/202301/20230131064521420/WEA_R90X_R91X_R92X_EN_UM_VF6_120922_FINAL_AC.pdf, Page 51

 **Samsung Health Monitor**

Use the Samsung Health Monitor app to track your blood pressure and record electrocardiogram (ECG) measurements, analyze them quickly, and share the results with experts.

To view detailed reports of your blood pressure and ECG readings on your smartphone, install the Samsung Health Monitor app. You can download the app from the Galaxy Store or the Google Play™ store.

Source:
https://downloadcenter.samsung.com/content/UM/202301/20230131064521420/WEA_R90X_R91X_R92X_EN_UM_VF6_120922_FINAL_AC.pdf, Page 52

**How Does Watch Measure Stress?**

Stress levels of Galaxy watch 5 stress measurement and Galaxy Watch 4 by combining heart rate and heart rate variability data. This is accomplished through the use of a measurement known as Heart Rate Variability, which records heartbeats to assess stress[3]. It does not track the rate of your heart.

Source:                                        https://samsungtechwin.com/how-does-galaxy-watch-measure-stress/#:~:text=Samsung%20Galaxy%20measures%20stress%20levels%20using%20heart%20rate%20data.

| | |
|---|---|
| | **samsung watch stress measurement**<br><br>Furthermore, training, physical activity, sleep, diet, and general life stress all have an impact on your stress level. Wearing your device at all times of day and night will provide you with the most accurate and dependable readings.<br>Source: https://samsungtechwin.com/how-does-galaxy-watch-measure-stress/#:~:text=Samsung%20Galaxy%20measures%20stress%20levels%20using%20heart%20rate%20data.<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [12.3] wherein the biometric data from the at least one signal data is produced by said at least one sensor, and user data of said plurality of available applications, is divided into a plurality of categories, | Company performs and/or induces others to perform the step wherein the biometric data from the at least one signal data is produced by said at least one sensor, and user data of said plurality of available applications, is divided into a plurality of categories.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the watch monitors various types of health data for the user such as heart rate data, sleep data, ECG, steps, blood oxygen level, and stress ("plurality of categories"). |

| | |
|---|---|
| | **Settings**<br><br>Customize your Samsung Health settings.<br><br>1. From ⊗ **Samsung Health**, tap **Settings**.<br><br>2. Tap an item from one of the following categories to customize:<br><br>   • **Measurement**: Configure automatic heart rate, stress, and blood oxygen during sleep measurements.        <span style="color:red">Plurality of categories</span><br><br>   • **Auto detect workouts**: Set the watch to recognize and encourage you when it detects that you are exercising.<br><br>   • **Inactive time**: Set the watch to alert you if you have been still for almost an hour.<br><br>   • **Share data with devices and services**: Configure connected services such as the Health platform.<br><br>Source:<br>https://downloadcenter.samsung.com/content/UM/202301/20230131064521420/WEA_R90X_R91X_R92X_EN_UM_VF6_120922_FINAL_AC.pdf, Page 51 (annotated)<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [12.4] evaluating the biometric data with an evaluation unit provided in the mobile end unit or in a central server for determining the current load level, | Company performs and/or induces others to perform the step of evaluating the biometric data with an evaluation unit provided in the mobile end unit or in a central server for determining the current load level.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the watch comprises multiple apps such as the Samsung Health app that calculates multiple health parameters for the user such as heart rate, sleep score, and stress level based on the monitored data ("biometric data"). Therefore, it would be apparent to a person having ordinary skill in the art that an evaluation unit is embedded inside the Watch to calculate multiple health parameters. |

## Heart rate

Measure and record your heart rate. Take heart rate measurements when you are seated and relaxed.

Source:
https://downloadcenter.samsung.com/content/UM/202301/20230131064521420/WEA_R90X_R91X_R92X_EN_UM_VF6_120922_FINAL_AC.pdf, Page 50

## Settings

Customize your Samsung Health settings.

1. From 🔵 **Samsung Health,** tap **Settings**.

2. Tap an item from one of the following categories to customize:

   • **Measurement**: Configure automatic heart rate, stress, and blood oxygen during sleep measurements.

   • **Auto detect workouts**: Set the watch to recognize and encourage you when it detects that you are exercising.

   • **Inactive time**: Set the watch to alert you if you have been still for almost an hour.

   • **Share data with devices and services**: Configure connected services such as the Health platform.

Source:
https://downloadcenter.samsung.com/content/UM/202301/20230131064521420/WEA_R90X_R91X_R92X_EN_UM_VF6_120922_FINAL_AC.pdf, Page 51

## Stress

Keep track of your stress. Breathing exercises are also available to help reduce stress.

1. From 🔵 **Samsung Health**, tap **Stress**.

2. Tap **Measure** and follow the prompts to measure your current stress level.
   - After a moment, your stress level is displayed on the screen.

Source:
https://downloadcenter.samsung.com/content/UM/202301/20230131064521420/WEA_R90X_R91X_R92X_EN_UM_VF6_120922_FINAL_AC.pdf, Page 50

**How Does Watch Measure Stress?**

Stress levels of Galaxy watch 5 stress measurement and Galaxy Watch 4 by combining heart rate and heart rate variability data. This is accomplished through the use of a measurement known as Heart Rate Variability, which records heartbeats to assess stress[3]. It does not track the rate of your heart.

Source:                                        https://samsungtechwin.com/how-does-galaxy-watch-measure-stress/#:~:text=Samsung%20Galaxy%20measures%20stress%20levels%20using%20heart%20rate%20data.

### samsung watch stress measurement

Furthermore, training, physical activity, sleep, diet, and general life stress all have an impact on your stress level. Wearing your device at all times of day and night will provide you with the most accurate and dependable readings.

| | |
|---|---|
| | Source: https://samsungtechwin.com/how-does-galaxy-watch-measure-stress/#:~:text=Samsung%20Galaxy%20measures%20stress%20levels%20using%20heart%20rate%20data.<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [12.5] wherein: category-specific load levels are ascertained by means of an arithmetic mean or a weighted mean of features relating to the biometric data pertaining to each category in the plurality of categories, | Company performs and/or induces others to perform the step wherein category-specific load levels are ascertained by means of an arithmetic mean or a weighted mean of features relating to the biometric data pertaining to each category in the plurality of categories.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the watch monitors the biometric data of the user using the inbuilt sensors. Further, the data is evaluated to provide multiple health parameters for the user such as the heart rate, blood oxygen, sleep score, and ECG levels ("category-specific load levels"). Furthermore, the health app displays the sleep score from 1 to 100 (based on the total hours of sleep), blood oxygen level in the percentage score, and stress level on the bar. Therefore, upon information and belief, the health parameters are evaluated by means of an arithmetic mean or a weighted mean of features relating to the biometric data pertaining to each category in the plurality of categories. |

**Measuring your stress level manually**

1   Tap  (**Samsung Health**) on the Apps screen.

2   Tap **Stress**.

3   Tap **Measure** to begin measuring your stress level.
    Check the measured stress level on the screen.



Source:     https://www.sammobile.com/wp-content/uploads/2022/08/Samsung-Galaxy-Watch-5-Pro-User-Manual.pdf,
Page 68



Source:   https://www.sammobile.com/wp-content/uploads/2022/08/Samsung-Galaxy-Watch-5-Pro-User-Manual.pdf,
Page 60

| | |
|---|---|
| | Check the measured blood oxygen level on the screen. If your resting blood oxygen level is between 95% and 100%, it is assumed to be within the normal range.<br><br><br><br>Source:   https://www.sammobile.com/wp-content/uploads/2022/08/Samsung-Galaxy-Watch-5-Pro-User-Manual.pdf, Page 70<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [12.6]<br>the evaluation unit determines the current load level with the aid of a network of artificial neural networks,<br><br>the network of artificial neural networks comprises a | Company performs and induces others to perform the step wherein the evaluation unit determines the current load level with the aid of a network of artificial neural networks, the network of artificial neural networks comprises a plurality of artificial neural networks that interact with each other, the plurality of artificial neural networks calculates in parallel with a plurality of processors.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the Samsung Galaxy Watch5 Pro includes the bio sensors which further use the Artificial Intelligence and Machine Learning to measure and monitor health conditions. Further, using AI/ML, the Samsung Health app extract the meaningful insights related to health of the user such as stress level and sleep score. Therefore, it would be apparent for a person having ordinary skill in the art that a network of artificial neural networks that includes a plurality of artificial neural networks is used to calculate stress level ("the current load level") for the user.<br><br>Furthermore, the watch comprises Exynos W920 Dual-Core 1.18GHz processor and Mali-G68 GPU ("a plurality of processors") that are used for parallel processing in artificial intelligence programs ("plurality of artificial neural networks in parallel"). |

plurality of artificial neural networks that interact with each other,

the plurality of artificial neural networks calculates in parallel with a plurality of processors,

# Digital Biomarker & Prognosis

Extract meaningful biometrics from bio-sensors using clinically explainable AI/ML to measure and monitor health. Develop digital biomarkers at scale, for the use of health diagnosis, therapeutics, and clinical decisions support.

Source: https://sra.samsung.com/research-area/digital-health/

### Measuring your stress level manually

1 Tap 🔵 (**Samsung Health**) on the Apps screen.

2 Tap **Stress**.

3 Tap **Measure** to begin measuring your stress level.
   Check the measured stress level on the screen.

 —— Current load level

43

Source:     https://www.sammobile.com/wp-content/uploads/2022/08/Samsung-Galaxy-Watch-5-Pro-User-Manual.pdf,
Page 68 (annotated)

| PLATFORM | OS | Android Wear OS 4, One UI Watch 5 |
|---|---|---|
| | Chipset | Exynos W920 (5 nm) |
| | CPU | Dual-core 1.18 GHz Cortex-A55 |
| | GPU | Mali-G68 |

Plurality of processors

Source: https://www.gsmarena.com/samsung_galaxy_watch5_pro-11749.php (annotated)

The Mali-G68 inherits all of the features from the Mali-G78 for a new level of quality and performance in sub-premium devices. This includes improvements to battery life and machine learning devices.

Source: https://www.arm.com/products/silicon-ip-multimedia/gpu/mali-g68



Arm NN

Enables the translation of existing neural network frameworks, allowing them to run efficiently and without modification across Arm Cortex CPUs and Arm Mali GPUs.

| | |
|---|---|
| | Source: https://www.arm.com/products/silicon-ip-multimedia/gpu/mali-g68 <br><br> **How Does Watch Measure Stress?** <br><br> Stress levels of Galaxy watch 5 stress measurement and Galaxy Watch 4 by combining heart rate and heart rate variability data. This is accomplished through the use of a measurement known as Heart Rate Variability, which records heartbeats to assess stress[3]. It does not track the rate of your heart. <br><br> Source: https://samsungtechwin.com/how-does-galaxy-watch-measure-stress/#:~:text=Samsung%20Galaxy%20measures%20stress%20levels%20using%20heart%20rate%20data. <br><br> **samsung watch stress measurement** <br><br> Furthermore, training, physical activity, sleep, diet, and general life stress all have an impact on your stress level. Wearing your device at all times of day and night will provide you with the most accurate and dependable readings. <br><br> Source: https://samsungtechwin.com/how-does-galaxy-watch-measure-stress/#:~:text=Samsung%20Galaxy%20measures%20stress%20levels%20using%20heart%20rate%20data. <br><br> Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [12.7] the plurality of processors is arranged on the mobile | Company performs and induces others to perform the step wherein the plurality of processors is arranged on the mobile end unit or on the central server. <br><br> This element is infringed literally, or in the alternative, under the doctrine of equivalents. |

| | |
|---|---|
| end unit or on the central server, | For example, the watch comprises Exynos W920 Dual-Core 1.18GHz processor and Mali-G68 GPU ("the plurality of processors") that are used for parallel processing in artificial intelligence programs.<br><br>**Processor**        Exynos W920 Dual-Core 1.18GHz<br><br>Source:    https://news.samsung.com/global/samsung-leads-holistic-health-innovation-with-galaxy-watch5-and-galaxy-watch5-pro<br><br>**PLATFORM**    OS        Android Wear OS 4, One UI Watch 5<br>Chipset    Exynos W920 (5 nm)<br>CPU    Dual-core 1.18 GHz Cortex-A55    <span style="color:red">Plurality of processors</span><br>GPU    Mali-G68<br><br>Source: https://www.gsmarena.com/samsung_galaxy_watch5_pro-11749.php (annotated)<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [12.8] at least one graphics card processor of at least one graphics card supports the calculation of the artificial neural networks,<br><br>wherein the at least one graphics card | Company performs and induces others to perform the step wherein at least one graphics card processor of at least one graphics card supports the calculation of the artificial neural networks, wherein the at least one graphics card with the at least one graphics card processor is arranged on the mobile end unit or on the central server.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the watch comprises Mail-G68 GPU ("graphics card processor") which is used for analyzing different health parameters. Further, the embedded GPU is used for AI and Machine Learning activities such as runtime of neural networks ("calculation of the artificial neural networks"). Additionally, the watch comprises various sensors to measure different health metrics such as heart rate, sleep score, and stress level which further uses the AI/ML to extract meaningful insights related to health data. |

with the at least one graphics card processor is arranged on the mobile end unit or on the central server, and

| PLATFORM | OS | Android Wear OS 4, One UI Watch 5 |
|---|---|---|
| | Chipset | Exynos W920 (5 nm) |
| | CPU | Dual-core 1.18 GHz Cortex-A55 |
| | GPU | Mali-G68 |

Source: https://www.gsmarena.com/samsung_galaxy_watch5_pro-11749.php

The Mali-G68 inherits all of the features from the Mali-G78 for a new level of quality and performance in sub-premium devices. This includes improvements to battery life and machine learning devices.

Source: https://www.arm.com/products/silicon-ip-multimedia/gpu/mali-g68



# Arm NN

Enables the translation of existing neural network frameworks, allowing them to run efficiently and without modification across Arm Cortex CPUs and Arm Mali GPUs.

Source: https://www.arm.com/products/silicon-ip-multimedia/gpu/mali-g68

# Digital Biomarker & Prognosis

Extract meaningful biometrics from bio-sensors using clinically explainable AI/ML to measure and monitor health. Develop digital biomarkers at scale, for the use of health diagnosis, therapeutics, and clinical decisions support.

Source: https://sra.samsung.com/research-area/digital-health/

| Sensors | Samsung BioActive Sensor (Optical Heart Rate + Electrical Heart Signal + Bioelectrical Impedance Analysis), Temperature Sensor, Accelerometer, Barometer, Gyro Sensor, Geomagnetic Sensor, Light Sensor |
|---|---|

Source: https://news.samsung.com/global/samsung-leads-holistic-health-innovation-with-galaxy-watch5-and-galaxy-watch5-pro



Source:   https://www.sammobile.com/wp-content/uploads/2022/08/Samsung-Galaxy-Watch-5-Pro-User-Manual.pdf, Page 7

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

| [12.9] wherein the determined current load level of the user is displayed to | Company performs and induces others to perform the step wherein the determined current load level of the user is displayed to the user via the mobile end unit in the form of a consolidated load level obtained from a combination of category-specific load levels by forming the arithmetic mean or weighted mean of the category-specific load levels.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
|---|---|

| the user via the mobile end unit in the form of a consolidated load level obtained from a combination of category-specific load levels by forming the arithmetic mean or weighted mean of the category-specific load levels. | For example, the Health app uses AI/ML algorithms that calculate and present ("displayed to the user via the mobile end unit") the stress level ("determined current load level of the user") for the user based on the health and activity data stored in the Health app, that further calculates multiple health parameters such as sleep score and ECG data. Therefore, upon information and belief, the calculated stress level is a consolidated load level obtained from the arithmetic mean or weighted mean of the category-specific load levels. |
| --- | --- |

## Digital Biomarker & Prognosis

Extract meaningful biometrics from bio-sensors using clinically explainable AI/ML to measure and monitor health. Develop digital biomarkers at scale, for the use of health diagnosis, therapeutics, and clinical decisions support.

Source: https://sra.samsung.com/research-area/digital-health/

**Measuring your stress level manually**

1  Tap 🔵 (**Samsung Health**) on the Apps screen.

2  Tap **Stress**.

3  Tap **Measure** to begin measuring your stress level.
   Check the measured stress level on the screen.



Current load level

Source:      https://www.sammobile.com/wp-content/uploads/2022/08/Samsung-Galaxy-Watch-5-Pro-User-Manual.pdf, Page 68 (annotated)

## How Does Watch Measure Stress?

Stress levels of Galaxy watch 5 stress measurement and Galaxy Watch 4 by combining heart rate and heart rate variability data. This is accomplished through the use of a measurement known as Heart Rate Variability, which records heartbeats to assess stress[3]. It does not track the rate of your heart.

Source:                                https://samsungtechwin.com/how-does-galaxy-watch-measure-stress/#:~:text=Samsung%20Galaxy%20measures%20stress%20levels%20using%20heart%20rate%20data.

**samsung watch stress measurement**

Furthermore, training, physical activity, sleep, diet, and general life stress all have an impact on your stress level. Wearing your device at all times of day and night will provide you with the most accurate and dependable readings.

Source:
https://samsungtechwin.com/how-does-galaxy-watch-measure-stress/#:~:text=Samsung%20Galaxy%20measures%20stress%20levels%20using%20heart%20rate%20data.

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

## 2.  List of References

1.  https://www.samsung.com/us/watches/galaxy-watch5-pro/, last accessed on 7th February, 2023.
2.  https://www.samsung.com/global/galaxy/apps/samsung-health/, last accessed on 7th February, 2023.
3.  https://www.samsung.com/us/support/owners/app/samsung-health, last accessed on 7th February, 2023.
4.  https://downloadcenter.samsung.com/content/UM/202301/20230131064521420/WEA_R90X_R91X_R92X_EN_UM_VF6_120922_FINAL_AC.pdf, last accessed on 7th February, 2023.
5.  https://www.sammobile.com/wp-content/uploads/2022/08/Samsung-Galaxy-Watch-5-Pro-User-Manual.pdf,
6.  https://news.samsung.com/global/samsung-leads-holistic-health-innovation-with-galaxy-watch5-and-galaxy-watch5-pro,      last accessed on 7th February, 2023.
7.  https://www.gsmarena.com/samsung_galaxy_watch5_pro-11749.php, last accessed on 7th February, 2023.
8.  https://www.arm.com/products/silicon-ip-multimedia/gpu/mali-g68, last accessed on 7th February, 2023.
9.  https://samsungtechwin.com/how-does-galaxy-watch-measure-stress/#:~:text=Samsung%20Galaxy%20measures%20stress%20levels%20using%20heart%20rate%20data, last accessed on 7th February, 2023.