# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MOBILE HEALTH INNOVATIVE SOLUTIONS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>    Defendants. | Case No. 2:24-CV-00106-JRG<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION FOR EXTENSION OF
## TIME TO FILE PROPOSED DISCOVERY ORDER

Plaintiff Mobile Health Innovative Solutions, LLC ("Mobile Health") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Samsung") (collectively, "the Parties") respectfully file this Joint Motion for Extension of Time to File Proposed Discovery Order and would show the Court as follows:

Pursuant to the Court's Order Granting Samsung's Unopposed Motion for Extension of Time to File Proposed Docket Control Order, Proposed Discovery Order, and Proposed Protective Order (Dkt. No. 12), the deadline for the Parties to file their Proposed Discovery Order is June 19, 2024. At this time, the Parties request that the Court briefly extend the deadline for the Parties to file their Proposed Discovery Order up to and including June 26, 2024.[1]

---

[1] This extension does not affect the deadline for the Parties to file their Proposed Docket Control Order. The Parties, concurrently herewith, are filing their agreed-to Proposed Docket Control Order on June 19, 2024.

1

Good cause exists for this brief one-week extension. The Parties have worked diligently to finalize the Proposed Discovery Order and have made progress since the initial extension (Dkt. No. 11), but the Parties have not resolved all remaining disputes. This brief extension up to and including June 26, 2024, will promote judicial efficiency by ensuring that the Parties have adequate time to meet and confer to narrow and/or eliminate the remaining disputes for which the Court will have to resolve.

The Parties represent that this Motion is not sought for the purposes of delay but rather so that justice may be served. The Parties have met and conferred and are jointly seeking the relief sought in this Motion.

Accordingly, the Parties respectfully requests that the Court grant this Joint Motion and enter an order extending the deadline in which the Parties are required to file their Proposed Discovery Order from June 19, 2024, up to and including June 26, 2024.

Dated: June 19, 2024                                Respectfully submitted,

                                                    */s/  Randall T. Garteiser*
                                                    _____
                                                    Christopher A. Honea
                                                    Texas Bar No. 24059967
                                                    Randall T. Garteiser
                                                    Texas Bar No. 24038912
                                                    M. Scott Fuller
                                                    Texas Bar No. 24036607
                                                    **GARTEISER HONEA, PLLC**
                                                    119 West Ferguson Street
                                                    Tyler, Texas 75702
                                                    Telephone: (903) 705-7420
                                                    Facsimile:  (903) 405-3999
                                                    Email: chonea@ghiplaw.com
                                                    Email: rgartesier@ghiplaw.com

                                                    *Attorney for Plaintiff*
                                                    *Mobile Health Innovative*
                                                    *Solutions, LLC*

*/s/ Melissa R. Smith*
_____
Melissa R. Smith
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257
Email: melissa@gillamsmithlaw.com

*Attorney for Defendants*
*Samsung Electronics Co., Ltd. and*
*Samsung Electronics America, Inc.*

3

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Samsung met and conferred with counsel for Mobile Health to discuss the substantive relief sought in this Motion pursuant to Local Rule CV-7(h). The Parties are jointly seeking the relief sought in this Motion.

*/s/ Melissa R. Smith*
_____
Melissa R. Smith

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on June 19, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a true and correct copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Melissa R. Smith*
_____
Melissa R. Smith
