# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MOBILE HEALTH INNOVATIVE SOLUTIONS, LLC<br><br>　　　　Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO. LTD., and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>　　　　Defendants. | Civil Action No. 2:24-cv-106 |

## JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

　　Plaintiff Mobile Health Innovative Solutions, LLC and Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc. jointly submit their proposed protective order, attached hereto. The parties were able to agree on all aspects of this proposed order.

Dated: June 26, 2024

Respectfully submitted,

*/s/ Randall T. Garteiser*
Randall T Garteiser
Garteiser Honea PLLC
119 W. Ferguson St.
Tyler, TX 75702
903-705-7420
Fax: 903-405-3999
Email: rgarteiser@ghiplaw.com

***COUNSEL FOR PLAINTIFF***
***MOBILE HEALTH INNOVATIVE***
***SOLUTIONS, LLC***

*/s/ Melissa R. Smith*
Melissa R. Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Phone: (903) 934-8450
Fax: (903) 934-9257

***COUNSEL FOR DEFENDANTS***
***SAMSUNG ELECTRONICS CO., LTD., AND***
***SAMSUNG ELECTRONICS AMERICA, INC.***

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Defendants met and conferred with counsel for Plaintiff pursuant to Local Rule CV-7(i). The Parties are jointly seeking the relief sought in this Motion.

                                                       */s/ Melissa R. Smith*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document *via* the Court's CM/ECF system on June 26, 2024.

                                                       */s/ Melissa R. Smith*