IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MOBILE HEALTH INNOVATIVE SOLUTIONS, LLC<br><br>   Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO. LTD., and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>   Defendants. | Civil Action No. 2:24-cv-106 |

## JOINT MOTION FOR ENTRY OF AGREED DISCOVERY ORDER

Plaintiff Mobile Health Innovative Solutions, LLC and Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc. jointly submit their proposed discovery order, attached hereto. The parties were able to agree on all aspects of this proposed order.

Dated: June 27, 2024               Respectfully submitted,

/s/ *Randall T. Garteiser*             /s/ *Melissa R. Smith*
Randall T Garteiser               Melissa R. Smith
Garteiser Honea PLLC             Texas State Bar No. 24001351
119 W. Ferguson St.              melissa@gillamsmithlaw.com
Tyler, TX 75702                GILLAM & SMITH, LLP
903-705-7420                 303 South Washington Avenue
Fax: 903-405-3999              Marshall, Texas 75670
Email: rgarteiser@ghiplaw.com         Phone: (903) 934-8450
                      Fax: (903) 934-9257

*COUNSEL FOR PLAINTIFF*
*MOBILE HEALTH INNOVATIVE*        *COUNSEL FOR DEFENDANTS*
*SOLUTIONS, LLC*             *SAMSUNG ELECTRONICS CO., LTD., AND*
                     *SAMSUNG ELECTRONICS AMERICA, INC.*

## **CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Defendants met and conferred with counsel for Plaintiff pursuant to Local Rule CV-7(i). The Parties are jointly seeking the relief sought in this Motion.

*/s/ Melissa R. Smith*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document *via* the Court's CM/ECF system on June 27, 2024.

*/s/ Melissa R. Smith*